HENRY MEYER, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Order modified by requiring the plaintiff to pay as a condition of the

granting of the new trial the costs of the former trial, and as so modified the order is affirmed, without costs of this appeal to either party. All concurred.